CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

10/22/2019

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN PETER MISKA,<br><br>                               *Plaintiff*,<br><br>v.<br><br>THE CITY OF CHARLOTTESVILLE,<br><br>                              *Defendant*. | CASE NO. 3-19-cv-00010<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

     Plaintiff John Peter Miska and Defendant The City of Charlottesville, by and through their counsel, hereby stipulate and agree that all matters in controversy between them have been resolved. (Dkt. 30). Accordingly, it is hereby **ORDERED** that this action be **DISMISSED with prejudice** and thereby **STRICKEN** from the active docket of the Court.

    It is so **ORDERED**.

    The Clerk is directed to send a copy of this Order to Plaintiff's counsel.

    Entered this <u>22nd</u> day of October, 2019.

                                                            /s/ Norman K. Moon
                                                            NORMAN K. MOON
                                                            UNITED STATES DISTRICT JUDGE